IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

DEON C. STAFFORD, SR., :
:
    Plaintiff :
:
  v. : CIVIL NO. 4:CV-13-2026
:
JOHN WETZEL, ET AL., : (Judge Brann)
:
    Defendants :

## **ORDER**

September 21, 2016

In accordance with the accompanying memorandum, **, IT IS HEREBY ORDERED THAT:**

    1.    Remaining Defendants' motion for summary judgment (Doc. 44) is **GRANTED**.

    2.    The Clerk of Court is directed to **CLOSE** the case.

    3.    Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

    BY THE COURT:

      s/ Matthew W. Brann
    Matthew W. Brann
    United States District Judge